# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BANK OF AMERICA, N.A.,**<br><br>   Appellant,<br><br>v.<br><br>**DAYO BELLO,**<br><br>   Appellee. | 1:13-cv-2519-WSD |

## ORDER

This matter is before the Court on Bank of America, N.A.'s Motion for Summary Affirmance Subject to Appellate Review [3].

For the reasons set forth in the Motion for Summary Affirmance filed by Bank of America, N.A., the Stipulated Order Resolving Contested Matter Subject to Appellate Review entered by the United States Bankruptcy Court for the Northern District of Georgia (Sacca, J.) on June 26, 2013, is hereby **AFFIRMED**.

**SO ORDERED** this 2nd day of January 2014.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE