**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DAYO BELLO,

        Debtor,

BANK OF AMERICA, N.A.,

        Appellant,

vs.

DAYO BELLO,

        Appellee.

BANKRUPTCY CASE NO.

13-60610-JRS

CIVIL ACTION FILE

NO. 1:13-cv-2519-WSD

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, Jr. , United States District Judge, for consideration of the appellant's Motion for Summary Affirmance Subject to Appellate Review, and the Court having rendered a decision , it is

**Ordered and Adjudged** that the order of the bankruptcy court is **affirmed** and the appeal is **dismissed**.

Dated at Atlanta, Georgia this 2nd day of January, 2014.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ A. Coleman
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 3, 2014
James N. Hatten
Clerk of Court

By  s/ A. Coleman
Deputy Clerk