# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Dayo Bello,<br><br>   Debtor.<br><br>Bank of America, N.A.,<br><br>   Appellant,<br><br>v.<br><br>Dayo Bello,<br><br>   Appellee. | Case No. 13-cv-02519-WSD |

### BANK OF AMERICA, N.A.'S STATEMENT OF ISSUE AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL TO THE ELEVENTH CIRCUIT ON APPEAL

Appellant Bank of America, N.A. hereby submits this Statement of Issues and Designation of Record On Appeal with respect to this appeal of the final order and judgment of the United States District Court for the Northern District of Georgia (Duffey, Jr., J.), entered on January 2, 2014.

### STATEMENT OF ISSUE

Bank of America states that this appeal presents the following issue:

1

**Whether the Bankruptcy Code permits a chapter 7 debtor to "strip off" a junior mortgage lien when the value of the property securing that lien is less than the amount of outstanding debt secured by a senior mortgage lien on the property.**

### DESIGNATION OF RECORD ON APPEAL

Bank of America designates the following items for inclusion in the record of this appeal:

*In re Dayo Bello*
**Case No. 13-60610-jrs (Bankr. N.D. Ga)**

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| May 14, 2013 | 7 | Motion to Strip Lien with BANK OF AMERICA filed by Lisa Sampson-Roberts on behalf of Dayo Bello. Hearing to be held on 6/25/2013 at 10:00 AM in Courtroom 1404, Atlanta, (Sampson-Roberts, Lisa) |
| June 24, 2013 | 11 | Response to Motion filed by J. Kelsey Grodzicki on behalf of BANK OF AMERICA, N.A.. (related document(s)7 Motion to Strip Lien filed by Dayo Bello) (Grodzicki, J.) |
| June 26, 2013 | 12 | Stipulated Order Resolving Contested Matter Subject to Right of Appellate Review regarding Debtor's Motion to Strip Lien of Bank of America (related document(s)7 Motion to Strip Lien filed by Dayo Bello) Service by BNC. Entered 6/26/2013 (mjs) |

| June 27, 2013 | 13 | Notice of Appeal to District Court. Fee Amount $298 filed by J. Kelsey Grodzicki on behalf of BANK OF AMERICA, N.A.. Appellant Designation due by 7/11/2013, submission due by 7/29/2013, (related document(s)12 01-Order)(Grodzicki, J.) |
| --- | --- | --- |
| July 9, 2013 | 18 | Joint Statement of Issues on Appeal *and Designation of the Record on Appeal* filed by J. Kelsey Grodzicki on behalf of BANK OF AMERICA, N.A.. (Grodzicki, J.) |

*Bank of America, N.A. v. Dayo Bello*
**Case No. 1:13-cv-02519-WSD (N.D. Ga)**

| Filing Date | Docket No. | Docket Text |
| --- | --- | --- |
| August 14, 2013 | 3 | MOTION for Order *of Law for Summary Affirmance Subject to Appellate Review* with Brief In Support by Bank of America, N.A.. (Attachments: # 1 Exhibit "A" - Stipulated Order, # 2 Text of Proposed Order)(Grodzicki, Joseph) (Entered: 08/14/2013) |
| Jan. 2, 2014 | 4 | ORDER on the 3 Motion for Summary Affirmance Subject to Appellate Review. The Stipulated Order Resolving Contested Matter Subject to Appellate Review entered by the United States Bankruptcy Court for the Northern District of Georgia on June 26, 2013, is hereby AFFIRMED. Signed by Judge William S. Duffey, Jr on 1/2/2014. (anc) (Entered: 01/02/2014) |
| Jan. 2, 2014 | 5 | CLERK'S JUDGMENT entered affirming bankruptcy decision (anc)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (Entered: 01/03/2014) |

| Jan. 6, 2014 | 6 | NOTICE OF APPEAL as to 5 Clerk's Judgment, 4 Order on Motion for Order, by Bank of America, N.A.  Filing fee $ 505, receipt number 113E-4963768. Transcript Order Form due on 1/21/2014 (Grodzicki, Joseph) (Entered: 1/6/2014) |

Respectfully submitted this 6th day of January, 2014.

        */s/ J. Kelsey Grodzicki*
        J. KELSEY GRODZICKI
        Georgia Bar No. 134259
        Rubin Lublin LLC
        3740 Davinci Court, Suite 150
        Peachtree Corners, Georgia  30092
        (770) 246-3324

        CRAIG GOLDBLATT
        Wilmer Cutler Pickering Hale & Dorr LLP
        1875 Pennsylvania Ave., N.W. Washington, D.C. 20006
        (202) 663-6000

        *Counsel for Bank of America, N.A.*

## FONT CERTIFICATION

The undersigned counsel for Bank of America, N.A. hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 6th day of January, 2014.

                                      */s/ J. Kelsey Grodzicki*
                                      J. KELSEY GRODZICKI
                                      Georgia Bar No. 134259

                                      *Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 6th day of January, 2014, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Lisa Sampson-Roberts
Sampson-Roberts and Associates
Suite 400
909 Eagles Landing Parkway
Stockbridge, Georgia 30281

                                        */s/ J. Kelsey Grodzicki*
                                        J. KELSEY GRODZICKI
                                        Georgia Bar No. 134259

                                        *Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com