# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

January 6, 2014

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

     U.S.D.C. No.: 1:13-cv-2519-WSD
     U.S.C.A. No.: 00-00000-00
     In re:     ***Bank of America, N.A. v. Dayo Bello***

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

**X**    **Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.**

\_\_\_\_\_    This is not the first notice of appeal. Other notices were filed on: .

**X**    **There is no transcript.**

\_\_\_\_\_    The court reporter is .

\_\_\_\_\_    There is sealed material as described below: .

\_\_\_\_\_    Other: .

**X**    **Fee paid electronically on 1/6/14. (Receipt# 113E-4963768).**

\_\_\_\_\_    Appellant has been leave to file *in forma pauperis*.

\_\_\_\_\_    This is a bankruptcy appeal. The Bankruptcy Judge is .

\_\_\_\_\_    The Magistrate Judge is .

**X**    **The District Judge is William S. Duffey, Jr.**

\_\_\_\_\_    This is a **DEATH PENALTY** appeal.

                                               Sincerely,

                                               James N. Hatten
                                               District Court Executive
                                               and Clerk of Court

                                   By:    **/s/ P. McClam**
                                                Deputy Clerk

Enclosures